# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2014

Robert P. Young, Jr.,
Chief Justice

149270(28)(30)(31)(33)(35)(37)(38)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOHN KRUSAC, Personal Representative of the
ESTATE OF DOROTHY KRUSAC,
    Plaintiff-Appellee,

              SC: 149270
              COA: 321719
v             Saginaw CC: 12-015433-NH


COVENANT MEDICAL CENTER, INC., d/b/a
COVENANT MEDICAL CENTER-HARRISON,
d/b/a COVENANT HEALTHCARE,
    Defendant-Appellant.
_____/

   On order of the Chief Justice, the separate motions of the Michigan Defense Trial Counsel, the Michigan Protection & Advocacy Services, Inc., and the Regents of the University of Michigan to file amicus curiae briefs are GRANTED. The briefs submitted by those amici are accepted for filing. It is further ordered that the separate motions of the Michigan State Medical Society and American Medical Association, the Munson Healthcare, Inc., and the Michigan Health and Hospital Association to file amicus curiae briefs and to extend the time for filing the briefs are GRANTED. The briefs of those amici will be accepted for filing if received on or before November 19, 2014.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2014

